## BUIE v. HIGH POINT ASSOCIATES LTD. PARTNERSHIP

No. 269P95

Case below: 119 N.C.App. 155

Petition by defendant (High Point Associates Limited Partnership) for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

## BUNCH v. N.C. CODE OFFICIALS QUALIFICATIONS BOARD

No. 304PA95

Case below: 119 N.C.App. 293

Petition by respondent (NC Code Officials) for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.

## BURTON v. CITY OF DURHAM

No. 254P95

Case below: 118 N.C.App. 676

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 September 1995.

## DURHAM COUNTY EX REL. HOLLOWAY v. TILLEY

No. 308P95

Case below: 119 N.C.App. 604

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1995.

## GODWIN v. WALLS

No. 179PA95

Case below: 118 N.C.App. 341

Petition by defendant (Roger Brent Walls) for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1995.